# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

DONALD RUNNELS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2022 CW 1386

**MARCH 13, 2023**

---

In Re:   Donald Runnels, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 716928.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.** The district court has issued judgment on relator's writ of habeas corpus.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
FOR THE COURT